UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
CIVIL MINUTE ORDER

| | |
|---|---|
| **Case Title:** Tilden L. Wyatt | **Case No:** 09-30482 - C - 7 |
| | **Date:** 7/14/09 |
| | **Time:** 09:30 |

**Matter:** [11] - Motion/Application for Relief from Stay [SW-1] Filed by Creditor Wachovia Dealer Services, Inc. (Fee Paid $150) (npas)

**Judge:** Christopher M. Klein
**Courtroom Deputy:** Teresa Jackson
**Reporter:** Diamond Reporters
**Department:** C

**APPEARANCES for:**
**Movant(s):**
(by phone) Creditor - Adam Barasch
**Respondent(s):**
None

CIVIL MINUTE ORDER

Default having been entered and good cause appearing.

Findings of fact and conclusions of law having been stated orally on the record and good cause appearing.

IT IS ORDERED that the motion is granted. The automatic stay is vacated with respect to the property described in the motion, commonly known as a: 2006 Ford motor vehicle, as to all parties in interest. Any party with standing may pursue its rights against the property pursuant to applicable non-bankruptcy law.

All requests for attorney fees or other costs are denied with prejudice.

No other relief is authorized.

Dated: July 17, 2009

_____
United States Bankruptcy Judge